IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BOYKIN JONES,** | : |
| Plaintiff, | : |
| vs. | :   CA 07-0693-CG-C |
| **CHERYL CURTIS STRONG** | : |
| Defendant. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 10, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 7th day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE