IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**BOYKIN JONES,**          :

    **Plaintiff**          :

**vs.**          :     Civil Action No. 07-0693-CG-C

**CHERYL CURTIS STRONG**          :

    **Defendant.**          :

## JUDGMENT

IT IS **ORDERED, ADJUDGED** AND **DECREED** that this cause be dismissed as being frivolous.

**DONE and ORDERED** this 7th day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE